# Exhibit A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA<br>☒ EEOC | 440-2023-08551 |

__Illinois Department of Human Rights__ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx.): Ms. Lisa Lasarge
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148
**Email Address**: mbadwan@sulaimanlaw.com

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

**Name**: Fastex Logistics Inc.
**No. Employees, Members**: 15+
**Phone No.**: (224)655-3452
**Street Address**: 256 Central Avenue Unit 72974
**City, State and ZIP Code**: Roselle, IL, 60172-6138
**Email Address**: safety.firstfast@gmail.com

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify below.) Sexual Harassment

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 5/2023
Latest: 6/2023
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (*If additional paper is needed, attach extra sheet(s)*):

I, Lisa Lasarge (female) was hired at Fastex Logistics Inc. as a OTR class A truck driver on or about January 6, 2023 until I was unlawfully terminated on or around May 2023, on the basis of my sex (female) and for opposing sexual harassment.

The following is a non-exhaustive list of incidents of the sex discrimination, sexual harassment and retaliation I was subjected to:

On or around May 15, 2023, I was assigned to be trained by Gyulverd Agaverdiev during a route from Houston, New Jersey, to Philadelphia. During this training route, Gyulverd subjected me in sexual harassment and sexual assault, which included groping me, touching of my breasts, and grabbing at my private parts. I made it clear to him on numerous occasions that his actions were unacceptable and made me extremely uncomfortable.

Without delay, I immediately contacted my boss, Alexandru Cosciuc, via text message to inform him about the ongoing harassment. Following my message, my boss called me and advised against reporting the incident to the police. In response, I expressed my discomfort being in the presence of Gyulverd. Alexandru offered to arrange for my return home to Illinois. Not long after the assault, my boss informed me that a drug test I had taken on May 9, 2023 had yielded a positive result for THC. This news left me perplexed, prompting me to schedule a hair follicle exam at a nearby lab to dispute the alleged positive report.

On or around May 20, 2023, I underwent the hair follicle test, and on May 24, 2023, I received the results, which indicated a negative outcome for any substance use. I promptly informed my boss about these findings. However, I was subsequently instructed to participate in a Substance Abuse Professional (SAP) program before being eligible to resume working. After successfully completing the SAP program, I was then instructed to undergo another test, which also returned a negative result. Both of these tests were conducted at Labcorp and confirmed my negative status.

Despite my efforts, my termination was officially confirmed on June 12, 2023, even though my last day of work was on May 16, 2023—the day after I experienced sexual harassment and reported the incident.

I was subjected to sexual harassment and sex discrimination to the point that I reported it to Alexandru Cosciuc. Alexandru Cosciuc not only ignored my complaints of sexual harassment but Alexandru Cosciuc ultimately terminated my employment in retaliation for filing my complaint of sexual harassment. Thus, I have been discriminated against on the basis of my sex (female) and subjected to sexual harassment and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

07 / 05 / 2023
*Date*    *Charging Party Signature* (signed: Lisa Lasarge)

**NOTARY** – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

Doc ID: d346b3045a72a0e65676d94070deb0f293327a1a