AO 440 (Rev. 05/00) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

LISA LASARGE

CASE NUMBER: 1:23-cv-14836

V.

ASSIGNED JUDGE: Hon. Thomas M. Durkin

FASTEX LOGISTICS, INC.

DESIGNATED MAGISTRATE JUDGE: Hon. Jeffrey Cole

TO: (Name and address of Defendant)

FASTEX LOGISTICS, INC.
300 S HICKS ROAD
PALATINE, IL 60074

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Chad W. Eisenback
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Maureen Kennedy*

(By) DEPUTY CLERK

October 20, 2023

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-14836

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lisa Lasarge v Fastex Logistics, Inc.
was received by me on *(date)* 10/20/2023 .

☐ I personally served the summons on the individual at *(place)* 300 S. Hicks Road, Palatine, IL 60074
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jimmy Fuklov - Safety Manager, , who is
designated by law to accept service of process on behalf of *(name of organization)* Authorized to Accept for
Fastex Logistics, Inc. on *(date)* 10/24/2023 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/24/2023

*Server's signature*

John Sanner - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc. 117-001339
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: