UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Lisa Lasarge

v.

Fastex Logistics, Inc.

Case No. 1:23-cv-14836
Hon. Thomas M. Durkin
Hon. Jeffrey Cole

## MOTION TO QUASH SERVICE OF PROCESS ON FASTEX LOGISTICS, INC.

Specially appearing Defendant, Fastex Logistics, Inc. ("Fastex") move for an order quashing service of the summons and Complaint by Plaintiff, Lisa Lasarge ("Plaintiff") on the ground that it has not been properly served on Fastex. Plaintiff filed a proof of service in this matter acknowledging that Plaintiff served Jimmy Fuklov via a special process server and that such person, "Jimmy", was authorized to accept service for Fastex. However, Fastex has never had a Jimmy Fuklov work for them in any capacity and don't know who this individual is in any capacity.

Fastex is an Illinois corporation, no waiver has been provided, and under the Federal Rules of Civil Procedures 4(h)(1)(B), service on a corporation may be had by serving an officer, managing or general agent, or any other agent authorized by appointment or by law to receive service of process and – if the agent is on authorized by statute and the statute so requires – by also mailing a copy of each to the defendant.

Federal Rule of Civil Procedure 12(b)(5) provides that a party may assert the defense of "insufficient service of process" by way of motion. Challenges to the manner of service are interpreted strictly as "valid service of process is necessary in order to assert personal jurisdiction over a defendant." (*Mid-Continent Wood Products, Inc. v. Harris*, 936 F.3d 297, 300-301 (7th Cir. 1991).) "[I]t is well recognized that a defendant's actual notice of the litigation . . . is insufficient to satisfy Rule 4's requirements." (*Id.* at 301 (internal quotations omitted).)

In this instance, Plaintiff filed the Complaint on 10/12/23. See Dkt #1. It appears a summons was entered on 10/13/23, then an alias summons on 10/19/23, then another summons on 10/20/23, but Plaintiff has apparently served the alias summons when no attempt was made for service on the original summons. See Dkt #4. Plaintiff's service fails as to the alias summons. The alias summons' proof of service, Dkt #4, alleges that a Jimmy Fuklov, the alleged Safety Manager for Fastex, is designated by law to accept service of process on behalf of Fastex and accepted service on 10/24/23. Plaintiff errs.

Fastex does not know Jimmy Fuklov in any capacity and Jimmy Fuklov has not worked for Fastex in any capacity. (Decl. of Veronica Lica in Support of Fastex's Motion to Quash Service of Summons and Complaint ("Lica Dec."), ¶ 3 & 4.) Jimmy Fuklov is not the registered agent for Fastex. (Lica Dec. at ¶ 5.) Jimmy Fuklov is not authorized to accept service on behalf of Fastex. (Lica Dec. at ¶ 6.) Finally, Jimmy Fuklov is not an officer of Fastex. (Lica Dec. ¶ 7.)

Here, Plaintiff has not served Fastex pursuant to Federal Rule of Civil Procedure 4(h)(1)(B) as an officer was not served nor the managing or general agent, or any other agent of Fastex. Jimmy Fuklov is completely unknown to Fastex.

For the foregoing reasons, Fastex respectfully requests that the Court quash Plaintiff's attempted service of summons and Complaint.

Dated: 11/14/23

/s/ Joe Welch
Joe Welch (IL ARDC #6322954)
J. Welch Law Offices LLC
2147 S. Lumber St. 504B
Chicago, IL 60616
Telephone: (312) 343-2813
Email: j.welch@jwelchlawoffices.com
Attorneys for Specially Appearing Defendant
Fastex Logistics, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Lisa Lasarge

v.

Fastex Logistics, Inc.

Case No. 1:23-cv-14836
Hon. Thomas M. Durkin
Hon. Jeffrey Cole

## DECLARATION OF VERONICA LICA IN SUPPORT OF FASTEX'S MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT

I, Veronica Lica, declare:

1. I am the President of Fastex Logistics Inc. ("Fastex"). If called as a witness, I would competently testify to the following facts based on my personal knowledge.

2. Fastex is a Illinois corporation with its principal place of business in Channahon, IL.

3. Fastex does not know who Jimmy Fuklov is in any capacity.

4. Jimmy Fuklov has never worked for Fastex in capacity.

5. Jimmy Fuklov is not the registered agent for Fastex.

6. Jimmy Fuklov is not authorized to accept service on behalf of Fastex.

7. Jimmy Fuklov is not an officer of Fastex.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

_____
President    VERONICA LICA

Joe Welch (IL ARDC #6322954)
J. Welch Law Offices LLC
2147 S. Lumber St. 504B
Chicago, IL 60616
Telephone: (312) 343-2813

Email: j.welch@jwelchlawoffices.com
Attorneys for Specially Appearing Defendant
Fastex Logistics, Inc.